# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA, | : | |
|     Plaintiff, | : | Civil No. 3:98 CV2344 (JCH) |
| | : | |
| v. | : | |
| | : | |
| SEBASTIAN MANGIAFICO, | : | May 27, 2008 |
|     Defendant. | : | |

## **PLAINTIFF'S MOTION FOR WEEKLY ORDER OF PAYMENTS**

On May 24, 2006, the Plaintiff, Duane Ziemba, obtained judgment against the Defendant, Sebastian Mangiafico, in this Court in the amount of $250,000 plus attorney's costs and fees.

The Plaintiff moves for a Weekly Order of Payments of $250 per week.

                                                                  THE PLAINTIFF,
                                                                    DUANE ZIEMBA


                              By _____
                                   Edward S. Noble III
                                   Fed. Bar No. ct27459
                                   LeFoll & LeFoll, LLC
                                   2301 Silas Deane Highway
                                   P.O. Box 727
                                   Rocky Hill, CT 06067
                                   Tel. (860) 563-2355
                                   Fax (860) 257-4129
                                   Email: noble@lefoll.com

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## **ORDER**

The foregoing motion having been heard, it is hereby Ordered:

      GRANTED/DENIED

      THE COURT

BY: _____
          Judge/Magistrate/Clerk