UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:98 CV2344 (JCH) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEBASTIAN MANGIAFICO, | : | |
|     Defendant. | : | DECEMBER 5, 2008 |

## STIPULATION TO DISMISS

The plaintiff, **DUANE ZIEMBA,** and the defendant, **SEBASTIAN MANGIAFICO,** stipulate that this case may be dismissed as to these parties with prejudice and without costs or fees awarded to any party.


PLAINTIFF:  DUANE ZIEMBA                    DEFENDANT: SEBASTIAN MANGIAFICO


BY:_____              BY: _____
    DUANE ZIEMBA, PRO SE                        ELLIOT B. SPECTOR, ct05278
    #128963                                     Noble, Spector & O'Connor, PC
    Northern C.I.                               One Congress Street
    Post Office Box 665                         Hartford, CT  06114
    Somers, CT  06071                           860-525-9975

1

**NOBLE, SPECTOR & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been mailed to Duane Ziemba, #128963, Northern C.I., Post Office Box 665, Somers, Connecticut 06071 this 5th day of December, 2008.

BY_____
Elliot B. Spector
Federal Bar Number: ct05278
Noble, Spector & O'Connor, PC
One Congress Street
Hartford, CT 06114
(860) 525-9975
(860) 727-9915
spector@nsyolaw.com